Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -3 PM 2:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

BILL LOWE DEVELOPMENTS, a business entity, (see Addendum "A" to Summons attached hereto)

vs

WESTERN INSURANCE COMPANY, a business entity form unknown; ZURICH NORTH AMERICAN SURETY, a business entity form unknown; (see Addendum "A" to Summons attached hereto)

**SUMMONS IN A CIVIL ACTION**

Case No. 08CV0603LBLM

TO: (Name and Address of Defendant)



YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Bruce E. Disenhouse (SBN 078760)
KINKLE, RODIGER AND SPRIGGS
3333 Fourteenth Street
Riverside, California 92501

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____          _____
         W. Samuel Hamrick, Jr.                          DATE
                CLERK
By   J. PARIS                , Deputy Clerk
         (SEAL)

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# ADDENDUM "A" TO SUMMONS IN A CIVIL ACTION

### (BILL LOWE DEVELOPMENTS, et al. v. WESTERN INSURANCE COMPANY, et al.)

<u>Plaintiffs (continued)</u>:

and THE UNITED STATES OF AMERICA For The Use and Benefit Of BILL LOWE DEVELOPMENTS

<u>Defendants (continued)</u>:

CORNERSTONE BUILDING GROUP, a business entity form unknown; and PALOMAR GRADING AND PAVING, INC., a California Corporation