POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Bruce E. Disenhouse, Esq.   SBN 078760<br>Kinkle, Rodiger and Spriggs<br>3333 Fourteenth Street<br>Riverside, CA 92501<br>TELEPHONE NO.: (951) 683-2410   FAX NO: (951) 683-7759<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: | |

| UNITED STATES DISTRICT COURT - SOURTHERN DISTRICT OF CALIFORNIA |
|---|
| STREE ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA<br>BRANCH NAME: United States District Court - Sourthern District of Ca |

| PLAINTIFF/PETITIONER: Bill Lowe | Case Number: |
|---|---|
| DEFENDANT/RESPONDENT: Western Insurance | 08CV0603L (BLM) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>28655-7 |

*(Separate proof of service is required for each party served.)*

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Summons and Complaint In A Civil Action; Civil Case Cover Sheet; Addendum A to Summons in a Civil Action

on:   Cornerstone Building Group, a business entity form unknown

in the above mentioned action by delivering to and leaving with:
   Esther Castillo, Authorized Person for Service

at:   3590 Kettner Blvd., San Diego, CA 92101
      (Business)

on: April 09, 2008
at: 4:45 PM

Fee for service: $89.00

Record # 08-036069
Invoice # 0835468

Registered California process server.
County: San Bernardino
Registration No: 1013
Expiration Date:

George Novak - Sano Attorney Service

P.O. Box 1568, Riverside, CA 92502

I declare under penalty of perjury that the foregoing is true and correct and that this declaraction was executed
on: Apr 10, 2008   at: Riverside, CA 92502-1568

_George Novak_
George Novak