POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Bruce E. Disenhouse, Esq.   SBN 078760<br>Kinkle, Rodiger and Spriggs<br>3333 Fourteenth Street<br>Riverside, CA 92501<br>TELEPHONE NO.: (951) 683-2410    FAX NO: (951) 683-7759<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: | |

UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF CALIFORNIA
STREE ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA
BRANCH NAME: United States District Court - Sourthern District of Ca

| PLAINTIFF/PETITIONER: Bill Lowe | Case Number: |
|---|---|
| DEFENDANT/RESPONDENT: Western Insurance | 08CV0603LBLM |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: 28665-7 |

*(Separate proof of service is required for each party served.)*

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Summons In A Civil Action; Addendum to Summons In A Civil Action; Complaint; Civil Cover Sheet

on: Palomar Grading and Paving, Inc., a California Corporation

in the above mentioned action by delivering to the parties dwelling house or usual place of abode or business and leaving with a person of suitable age and discretion. The name of the person with whom the documents were left with is:
Monica Marty, Person in Charge to Stuart D. Hirsch, Esq., Authorized Person for Service

at: 2150 Center City Pkwy, Ste. C, Escondido, CA 92026
(Business)

on: April 24, 2008
at: 1:19 PM

Fee for service: $89.00

Record # 08-036702

Registered California process server.
County: Riverside
Registration No: 594
Expiration Date:
Mike Van Houten - Sano Attorney Service

P.O. Box 1568, Riverside, CA 92502

I declare under penalty of perjury that the foregoing is true and correct and that this declaraction was executed
on: Apr 25, 2008        at: Riverside, CA 92502-1568

*Mike Van Houten*
Mike Van Houten