*Bruce E. Disenhouse (SBN 078760)*
bdisenhouse@krsattys-riv.com
KINKLE, RODIGER AND SPRIGGS
Professional Corporation
3333 Fourteenth Street
Riverside, California 92501
(951) 683-2410
FAX (951) 683-7759

Attorneys for Plaintiff and Use Plaintiff,
BILL LOWE DEVELOPMENTS

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For The Use And Benefit Of BILL LOWE DEVELOPMENTS<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN INSURANCE COMPANY, a business entity form unknown; ZURICH NORTH AMERICAN SURETY, a business entity form unknown; CORNERSTONE BUILDING GROUP, a business entity form unknown; and PALOMAR GRADING AND PAVING, INC., a California Corporation<br><br>Defendants. | CASE NO.: 08CV0603LBLM<br><br>REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT CORNERSTONE BUILDING GROUP |

TO THE CLERK:

On April 9, 2008 Defendant CORNERSTONE BUILDING GROUP, a business entity form unknown ("Cornerstone) was served with Plaintiffs' Complaint and had 20 days pursuant to Federal Rules of Civil Procedure Rule 12 (a)1(A)(i) to file a responsive pleading to the complaint.

---

KINKLE, RODIGER
AND SPRIGGS
Professional Corporation

1

REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT CORNERSTONE BUILDING GROUP

1  As of the filing of this Request for Clerk's Entry Of Default Defendant CORNERSTONE BUILDING GROUP, a business entity form unknown ("Cornerstone) had not filed any responsive pleading and their time to do so has now expired.

As such, as to the complaint filed on April 2, 2008 by Plaintiffs BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For The Use and Benefit of BILL LOWE DEVELOPMENTS ("Plaintiffs"), it is hereby requested by Plaintiffs that a Request for Clerk's Entry of Default pursuant to *Federal Rules of Civil Procedure*, Rule 55 be entered as to and against Defendant CORNERSTONE BUILDING GROUP, a business entity form unknown ("Cornerstone) herein.

DATED: May 7, 2008           KINKLE, RODIGER AND SPRIGGS
                             Professional Corporation


                             _____
                             BRUCE E. DISENHOUSE


Default entered as requested on (date): _____

                             Clerk, By, _____, Deputy

---

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF RIVERSIDE     )

I, Lisa Sles, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 3333 Fourteenth Street, Riverside, California 92501.

On May 7, 2008, I served the foregoing REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT CORNERSTONE BUILDING GROUP on the interested parties by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California, addressed as follows and/or by one of the methods of service as follows:

Cornerstone Building Group
3590 Kettner Boulevard
San Diego, CA 92101

Palomar Grading and Paving, Inc.
2150 Center City Pkwy, Suite C
Escondido, CA 92026

__X__   **BY MAIL:** I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to C.C.P. 1013(a).

_____   **BY FAX:** In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to C.C.P. 1013(e).

_____   **BY PERSONAL SERVICE:** I caused to be hand-delivered said document(s) to the office of the addressee, using an attorney service, pursuant to C.C.P. 1011.

_____   **BY EXPRESS MAIL:** I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an Express Mail DropBox to be delivered the following business day pursuant to C.C.P. 1013(c).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 7, 2008, at Riverside, California.

_____
Lisa Sles