POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>Bruce E. Disenhouse, Esq.                   SBN 078760<br>Kinkle, Rodiger and Spriggs<br>3333 Fourteenth Street<br>Riverside, CA 92501<br>TELEPHONE NO.: (951) 683-2410      FAX NO: (951) 683-7759<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT - SOURTHERN DISTRICT OF CALIFORNIA<br>STREE ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA<br>BRANCH NAME: United States District Court - Sourthern District of Ca | |
| PLAINTIFF/PETITIONER: Bill Lowe | Case Number:<br>08CV0603LBLM |
| DEFENDANT/RESPONDENT: Western Insurance | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>28665-7 |

*(Separate proof of service is required for each party served.)*

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Summons In A Civil Action; Addendum to Summons In A Civil Action; Complaint; Civil Cover Sheet

on:   Zurich North American Surety, a business entity form unknown

in the above mentioned action by delivering to and leaving with:
    Ernesto Fernandez, Authorized Person for Service

at:   3249 Quality Dr., Rancho Cordova, CA 95670
      (Business)

on:   May 05, 2008
at:   10:35 AM

Fee for service: $125.00

Record # 08-037142
Invoice # 0836543, 0836543

---

Registered California process server.
County: Sacramento
Registration No: 98-02
Expiration Date: January 03, 2008

Jenice Rossner - Sano Attorney Service

P.O. Box 1568, Riverside, CA 92502

I declare under penalty of perjury that the foregoing is true and correct and that this declaraction was executed
on: May 08, 2008      at:  Sacramento, CA

*SEE ATTACHED*
Jenice Rossner

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Southern District Of California |

| Plaintiff: BILL LOWE DEVELOPMENTS, et al. |
|---|
| Defendant: WESTERN INSURANCE COMPANY, et al. |

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 08CV0603L(BLM) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT OF BILL LOWE DEVELOPMENTS; CIVIL COVER SHEET

3. a. Party served:            ZURICH NORTH AMERICAN SURETY, a business entity form unknown
   b. Person served:           Ernesto Fernandez, Agent for service of process.

4. Address where the party was served:    3249 Quality Drive
                                          3rd Floor
                                          Rancho Cordova, CA  95670

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 05, 2008 (2) at: 10:35AM

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jenice Rossner                              d. *The Fee for Service was:*
   **b. SANO ATTORNEY SERVICE**                   e. I am: (3) registered California process server
      1910 ORANGE TREE LANE                          (i)   Independent Contractor
      SUITE 346                                      (ii)  Registration No.:     98-02
      Redlands, CA  92374-0000                       (iii) County:               Sacramento
   c. 909 425-2248                                   (iv)  Expiration Date:      Sun, Jan. 03, 2010

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, May. 05, 2008

Judicial Council Form                    PROOF OF SERVICE                    (Jenice Rossner)
Rule 982.9.(a)&(b) Rev January 1, 2007        SUMMONS                                          sano.42347