STUART D. HIRSCH, ESQ. (SB #142641)
General Counsel
2150 N. Centre City Pkwy.
Escondido, CA 92026
Telephone: (760) 781-3658
Facsimile: (760) 466-2396
Email: shirsch@emeraldfg.com

Attorney for Defendant and Cross/Counterclaimant,
PALOMAR GRADING AND PAVING, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For the Use And Benefit Of BILL LOWE DEVELOPMENTS<br><br>Plaintiff,<br><br>v.<br><br>WESTERN INSURANCE COMPANY, a business entity form unknown; ZURICH NORTH AMERICAN SURETY, a business entity form unknown; CORNERSTONE BUILDING GROUP, a business entity form unknown; and PALOMAR GRADING AND PAVING, INC., a California corporation<br><br>Defendants.<br><br>And Related Counterclaim and Cross-Claim | Case No.: 08 CV 0603 L(BLM)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF PALOMAR GRADING AND PAVING, INC.** |

PALOMAR GRADING AND PAVING, INC., does not have any parent corporation or any publicly held corporation that owns any of its stock to disclose under Rule 7.1.

Date: May 13, 2008

By: _____
STUART D. HIRSCH, ESQ.,
For Defendant and Cross/Counterclaimant,
PALOMAR GRADINGAND PAVING, INC.

U:\Active Cases\Cornerstone\Lowe\5 13 8 Rule 7.1.wpd

1

## CERTIFICATE OF SERVICE

2      I HEREBY CERTIFY the copy of the foregoing RULE 7.1 DISCLOSURE

3  STATEMENT OF PALOMAR GRADING AND PAVING, INC. was this date served upon all

4  counsel of record by placing a copy of the same in the United States mail, postage prepaid, and sent

5  to the following addresses:

6  Bruce E. Disenhouse
   Kinkle Rodiger and Spriggs
7  3333 Fourteenth Street
   Riverside, California 92501
8  Attorneys for Plaintiff and Counterdefendant,
   Bill Lowe Developements

9

10  Courtesy Copy:
   The Honorable M. James Lorenz
11  Office of the Clerk
   880 Front Street, Room 4290
12  San Diego, California 92101-8900

13

   May 13th, 2008

14                                   _Monica Marty_
                                   Monica Marty
                                   Legal Assistant to Stuart Hirsch

15

16  U:\Active Cases\Cornerstone\Lowe\5 13 8 Rule 7.1.wpd

17

18

19

20

21

22

23

24

25

26

27

28

RULE 7.1 DISCLOSURE STATEMENT OF PALOMAR GRADING AND PAVING, INC.