1  STUART D. HIRSCH, ESQ. (SB #142641)
   General Counsel
2  2150 N. Centre City Pkwy.
   Escondido, CA 92026
3  Telephone: (760) 781-3658
   Facsimile: (760) 466-2396
4  Email: shirsch@emeraldfg.com

5  Attorney for Defendant and Cross/Counterclaimant,
   PALOMAR GRADING AND PAVING, INC.

6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For the Use And Benefit Of BILL LOWE DEVELOPMENTS | ) Case No.: 08 CV 0603 L(BLM) |
| 11 | ) **NOTICE OF RELATED CASE FILED** |
| 12 | ) **BY PALOMAR GRADING AND** |
|        Plaintiff, | ) **PAVING, INC., IN CASE NUMBER 08** |
| 13 | ) **CV 521 JAH(WMc)** |
| 14  v . | ) |
| 15  WESTERN INSURANCE COMPANY, a business entity form unknown; ZURICH NORTH AMERICAN SURETY, a business entity form unknown; CORNERSTONE BUILDING GROUP, a business entity form unknown; and PALOMAR GRADING AND PAVING, INC., a California corporation | ) |
| 16 | ) |
| 17 | ) |
| 18 | ) |
| 19        Defendants. | ) |
| 20  And Related Counterclaim and Cross-Claim | ) |

21      **PLEASE TAKE NOTICE** that this case is directly related to, and involves the same series

22  of occurrences and many of the same parties as, an action filed by PALOMAR GRADING AND

23  PAVING, INC., in United States District Court, for the Southern District of California, case number

24  08 CV 521 JAH(WMc).

25  Date: May 13, 2008

26                                   By:_____
                                     STUART D. HIRSCH, ESQ.,
27                                   For Defendant and Cross/Counterclaimant,
                                     PALOMAR GRADINGAND PAVING, INC.
28

                                        1

1

**CERTIFICATE OF SERVICE**

2      I HEREBY CERTIFY the copy of the foregoing Notice of Related Case Filed by Palomar

3   Grading and Paving, Inc., in Case Number 08 CV 521 JAH(WMC) was this date served upon all

4   counsel of record by placing a copy of the same in the United States mail, postage prepaid, and sent

5   to the following addresses:

6   Bruce E. Disenhouse
    Kinkle Rodiger and Spriggs
7   3333 Fourteenth Street
    Riverside, California 92501
8   Attorneys for Plaintiff and Counterdefendant,
    Bill Lowe Developements
9

10  Courtesy Copy:
    The Honorable M. James Lorenz
11  Office of the Clerk
    880 Front Street, Room 4290
12  San Diego, California 92101-8900

13
    May 13th, 2008                              _Monica Marty_
14                                              Monica Marty
                                                Legal Assistant to Stuart Hirsch
15

16

17

18

19

20

21

22

23

24

25  U:\Active Cases\Cornerstone\Lowe\5 13 8 Not Rltd Case.wpd

26

27

28