## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of this summons and complaint was made by me | **DATE** | May 7 2008 |
| NAME OF SERVER *(PRINT)*<br>**CARL VINCI** | **TITLE** | **PROCESS SERVER LIC# 322** |

*Method of service indicated below*

☒ SAUNDRA LANGUM, OF THE OFFICE OF JANICE L. BOWMAN, RESIDENT AGENT FOR WESTERN INSURANCE COMPANY, A BUSINESS ENTITY FORM UNKNOWN, AUTHORIZED TO ACCEPT ACCEPTED ON HER BEHALF
675 W MOANA LANE,
RENO, NV 89509

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Statement of Service Fees is true and correct.

Executed on     May 7 2008
                        *Date*                          *Signature of Server*

**185 Martin St., Reno, NV 89509**
*Address of Server*

SANO 251792

(1) As to Who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## AFFIDAVIT

State of Nevada          )
                                              ss.
County of Washoe      )


CARL VINCI, being first duly sworn deposes and says:

That affiant is a citizen of the United States, over 18

years of age, licensed to serve civil process in the State

of Nevada under license #322, and not a party to, nor

interested in the within action affiant received the documents

on May  5 2008 12:42PM  and on May  7 2008 11:10AM

affiant personally served a copy of the
SUMMONS IN A CIVIL ACTION; COMPLAINT FOR BILL LOWE DEVELOPMENT; CIVIL COVER
SHEET




on SAUNDRA LANGUM OF THE OFFICE OF JANICE L. BOWMAN, RESIDENT AGENT FOR WESTERN
    INSURANCE COMPANY, A BUSINESS ENTITY FORM UNKNOWN, AUTHORIZED TO ACCEPT
    ACCEPTED ON HER BEHALF

    675 W MOANA LANE
    RENO, NV 89509

    Affiant does hereby affirm under penalty of perjury that

the assertions of this affidavit are true.

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 · Expires January 28, 2012

CARL VINCI

Signed and sworn to before me on May  7 2008

by CARL VINCI

Reno / Carson Messenger Service, Inc.
185 Martin Street
Reno, Nevada 89509
(775) 322-2424

Notary Public

Reno/Carson
Messenger
Service, Inc.
License #322

185 Martin St
Reno, NV 89509
775-322-2424

RNPERSI 02/07/00

0251792 _ SANO