UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LOWE DEVELOPMENTS, and THE UNITED STATES OF AMERICA for the use and benefit of BILL LOWE DEVELOPMENTS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WESTERN INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants.<br>_____<br>And related Counter- and Cross-claims<br>_____ | Case No. 08cv603-JAH (WMc)<br><br>**ORDER VACATING CONFERENCE AND ALL FURTHER PROCEEDINGS BEFORE MAGISTRATE JUDGE BARBARA L. MAJOR** |

///
///
///
///
///
///
///
///

On May 21, 2008, the above case was transferred pursuant to the low-number rule. Doc. No. 14. Pursuant to this transfer, Magistrate Barbara L. Major is no longer assigned to the case. <u>Id.</u> Accordingly, the Early Neutral Evaluation set for June 17, 2008 is **VACATED**. No further proceedings shall be conducted before this Court.

**IT IS SO ORDERED.**

DATED: <u>May 22, 2008</u>

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JOHN A. HOUSTON
U.S. DISTRICT JUDGE

ALL COUNSEL