**Bruce E. Disenhouse (SBN 078760)**
bdisenhouse@krsattys-riv.com
**Wesley D. Hellerud (SBN 207094)**
whellerud@krsattys-riv.com
KINKLE, RODIGER AND SPRIGGS
Professional Corporation
3333 Fourteenth Street
Riverside, California 92501
(951) 683-2410
FAX (951) 683-7759

Attorneys for Plaintiff and Use Plaintiff,
BILL LOWE DEVELOPMENTS

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For The Use And Benefit Of BILL LOWE DEVELOPMENTS<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN INSURANCE COMPANY, a business entity form unknown; ZURICH NORTH AMERICAN SURETY, a business entity form unknown; CORNERSTONE BUILDING GROUP, a business entity form unknown; and PALOMAR GRADING AND PAVING, INC., a California Corporation<br><br>Defendants. | CASE NO.: 08cv603-L (BLM)<br><br>NOTICE OF EARLY NEUTRAL EVALUATION CONFERENCE<br><br>DATE: July 1, 2008<br>TIME: 2:30 p.m.<br>LOCATION: Chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, CA 92101 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Court has ordered an Early Neutral Evaluation Conference ("ENE") of the above-captioned matter be held on July 1, 2008, at 2:30 p.m. in the Chambers of the Honorable Willam McCurine, Jr., United States Magistrate Judge, located at 940 Front Street, Courtroom C, San Diego,

1  California 92101. Attached hereto as Exhibit "A" is a true and correct copy of the
2  Notice and Order Setting Early Neutral Evaluation Conference sent by the Court.

4  DATED: May 29, 2008                KINKLE, RODIGER AND SPRIGGS
                                      Professional Corporation


                                      /s/ Wesley D. Hellerud
                                      WESLEY D. HELLERUD

**PROOF OF SERVICE BY MAIL**

**STATE OF CALIFORNIA**       )
                              ) ss.
**COUNTY OF RIVERSIDE**       )

I, Lisa Sles, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 3333 Fourteenth Street, Riverside, California 92501.

On May 29, 2008, I served the foregoing NOTICE OF EARLY NEUTRAL EVALUATION CONFERENCE on the interested parties by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California, addressed as follows and/or by one of the methods of service as follows:

Stuart D. Hirsch, Esq.
2150 N. Centre City Pkwy.
Escondido, California 92026
Telephone (760) 781-3658
Facsimile (760) 466-2396
Attorneys for Defendant and Cross/Counterclaimant, PALOMAR GRADING AND PAVING, INC.

Scott L. Stonehocker, Esq.
THE FAUX LAW GROUP
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89121
(702) 458-5790 telephone
(702) 458-5794 facsimile
Attorneys for Defendant/Cross-Claimant WESTERN INSURANCE COMPANY

__X__ **BY MAIL:** I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to C.C.P. 1013(a).

____ **BY FAX:** In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to C.C.P. 1013(e).

____ **BY PERSONAL SERVICE:** I caused to be hand-delivered said document(s) to the office of the addressee, using an attorney service, pursuant to C.C.P. 1011.

____ **BY EXPRESS MAIL:** I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an Express Mail DropBox to be delivered the following business day pursuant to C.C.P. 1013(c).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 29, 2008, at Riverside, California.

_____
Lisa Sles