UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LOWE DEVELOPMENTS, et al., ) | Case No. 08-CV-0603 JAH (WMc) |
| Plaintiff, ) | **NOTICE AND ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. ) | |
| WESTERN INSURANCE COMPANY, et al., ) | |
| Defendants. ) | |

At the joint request of the parties and in light of the pending motion to stay in low-numbered case 08cv521 JAH (WMc), the Early Neutral Evaluation Conference presently scheduled for July 1, 2008 at 2:30 p.m. is **VACATED** until further notice of the Court has been given.

**IT IS SO ORDERED.**

DATED: June 27, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:
HONORABLE M. JAMES LORENZ, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD

08cv603 JAH (WMc)