Joseph N. Casas (SBN 225800)
Tamara M. Craft (SBN 234419)
CASAS LAW GROUP, P.C.
2323 Broadway, Suite 202
San Diego, CA  92102
Phone: (619) 692-3146
Facsimile: (619) 692-3196
Email: joseph@casaslaw.com

Attorney For Defendant
Cornerstone Building Group

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For the Use And Beneift Of BILL LOWE DEVELOPMENTS<br><br>       Plaintiff,<br><br>vs.<br><br>WESTERN INSURANCE COMPANY, a business entity form unknown, ZURICH NORTH AMERICAN SURETY, a business entity form unknown, CORNERSTONE BUILDING GROUP, a California corporation, and PALOMAR GRADING AND PAVING, Inc., a California Corporation<br><br>       Defendants. | CASE NO.  08-CV-0603 JAH (WMc)<br><br>**DEFENDANT CORNERSTONE BUILDING GROUP'S NOTICE OF PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS**<br><br>DATE:            September 2, 2008<br>TIME:            2:30 P.M.<br>COURTROOM:  11<br>JUDGE:           Hon. John A. Houston |

TO THE PLAINTIFF NAMED ABOVE:

TAKE NOTICE that a hearing will be held on the attached Petition to Compel Mediation at Courtroom 11 of Courthouse for the United States District Court for the Southern District of California, which is located at 940 Front Street in San Diego, California.  The hearing will be held on September 2, 2008 at 2:30 P.M. or soon thereafter as the Court's schedule will permit.

At the hearing, the Court shall hear the parties. If the Court is satisfied that the making of the agreement to mediate, or the failure to comply with it, is not in dispute, the Court will make an Order directing the parties to proceed to arbitration in accordance with the terms of the agreement shown in the accompanying Petition to Compel Mediation.

The decision of the Court will be based on this document, the attached Petition to Compel Mediation and Stay Proceedings, the Supporting Affidavit of Joseph N. Casas, the Supporting Memorandum of Law, and on whatever argument and evidence may be presented at the hearing on this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 11, 2008 | CASAS LAW GROUP, P.C. |
|  | */s/Joseph N. Casas* <br> By: Joseph N. Casas <br> Attorney For Defendant <br> Cornerstone Building Group |

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY and declare under penalty of perjury that I am over the age of 18 and am not a party to this action. My business address is 2323 Broadway, Suite 202, San Diego, California, 92102. A copy of the foregoing Reply to Response of Palomar Grading and Paving, Inc., to Petition to Compel Mediation, in Case Number 08-CV-521 JAH (WMc) was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system.

July 11, 2008                                                                 */s/Marguerite A. Hutchinson*
                                                                              Marguerite A. Hutchinson
                                                                              Law Clerk for Joseph N. Casas