| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| FAUX LAW GROUP<br>1540 W. WARM SPRINGS ROAD SUITE 100<br>HENDERSON, NV 89014 | | | |
| Telephone No: 702 458-5790   FAX: No: 702 458-5794 | | Ref. No or File No.:<br>5666-93 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | | |
| Plaintiff: BILL LOWE DEVELOPMENT | | | |
| Defendant: WESTERN INSURANCE COMPANY, ET AL. | | | |

| **DUE DILIGENCE**<br>SUMMONS IN A CIVIL ACTIO | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0603-L (BLM) |
|---|---|---|---|---|

1. I, RODRIGO LORA, and any employee or independent contractors retained by KERN LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BETTY NAJERA as follows:

2. Documents:   SUMMONS IN A CIVIL ACTION; WESTERN INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT, CROSS-CLAIM, AND THIRD PARTY COMPLAINT.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 06/17/08 | 9:36pm | Home | NO ANSWER AT RESIDENCE. Attempt made by: RODRIGO LORA. Attempt at: 1298 SANTA MARIA DRIVE  CHULA VISTA CA. 91913. |
| Wed | 06/18/08 | 7:28am | Home | NO ANSWER AT RESIDENCE. Attempt made by: RODRIGO LORA. Attempt at: 1298 SANTA MARIA DRIVE  CHULA VISTA CA. 91913. |
| Fri | 06/20/08 | 7:38pm | Home | PER CURRENT OCCUPANT BY THE NAME "MORRA" FOR THE PAST 2 MONTHS, SUBJECT IS UNKNOWN AT GIVEN ADDRESS. UNABLE TO SERVE. Attempt made by: RODRIGO LORA. Attempt at: 1298 SANTA MARIA DRIVE  CHULA VISTA CA. 91913. |

3. Person Executing
   a. RODRIGO LORA
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. **The Fee** for service was: $69.50
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 479
      (iii) County:  SAN DIEGO

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.