AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** CALIFORNIA

PLAINTIFF

BILL LOWE (See Attached List)

V. DEFENDANT AND THIRD PARTY PLAINTIFF

WESTERN INSURANCE COMPANY, a business entity form unknown; ZURICH NORTH AMERICAN SURETY, a business entity form unknown; CORNERSTONE BUILDING GROUP, a business entity form unknown; and PALOMAR GRADING AND PAVING, INC., a California Corporation,

V. THIRD PARTY DEFENDANT

MICHAEL NAJERA, (See Attached List)

THIRD PARTY SUMMONS
IN A CIVIL ACTON

CASE NUMBER  08 CV 0603 L BLM

To: (Name and address of Third Party Defendant)


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Bruce E. Disenhouse
KINKLE, RODIGER AND SPRIGGS
Professional Corporation
3333 Fourteenth Street
Riverside, California 92501

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (NAME AND ADDRESS)

Scott L. Stonehocker, Esq.
State Bar No. 171216
THE FAUX LAW GROUP
1540 W. Warm Springs Road, Suite 100
Henderson, Nevada 89014

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of the summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering to the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the third party plaintiff.

W. SAMUEL HAMRICK, JR.

CLERK

(BY) DEPUTY CLERK   K. HAMMERLY

DATE  MAY 27 2008

::ODMA\PCDOCS\WORDPERFECT\28671\1 June 22, 2000 (1:55pm)

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and the complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Return unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                        Signature of Server

                                   _____
                                       Address of Server

K. HAMMERLY

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF (Continued...)<br><br>DEVELOPMENTS, a business entity, and the UNITED STATES OF AMERICA For The Use And Benefit Of BILL LOWE DEVELOPMENTS, | THIRD PARTY SUMMONS<br>IN A CIVIL ACTION<br><br>CASE NUMBER 08 CV 0603 L BLM |

V. DEFENDANT AND THIRD PARTY PLAINTIFF

WESTERN INSURANCE COMPANY, a business entity form unknown; ZURICH NORTH AMERICAN SURETY, a business entity form unknown; CORNERSTONE BUILDING GROUP, a business entity form unknown; and PALOMAR GRADING AND PAVING, INC., a California Corporation,

V. THIRD PARTY DEFENDANT (Continued...)

an individual; BETTY NAJERA, an individual; RICHARD OSGOOD, an individual; MARIE OSGOOD, an individual; CBG BUILDERS a.k.a. CBG HOME BUILDERS, INC.; a California corporation; ELLIOT-CORNERSTONE; a California corporation; BARNHART-CORNERSTONE; a California corporation; DOES 1-10; and ROE CORPORATIONS 1-10, inclusive,