1  **Bruce E. Disenhouse (SBN 078760)**
   bdisenhouse@krsattys-riv.com
2  **Wesley D. Hellerud (SBN 207094)**
   whellerud@krsattys-riv.com
3  KINKLE, RODIGER AND SPRIGGS
   Professional Corporation
4  3333 Fourteenth Street
   Riverside, California 92501
5  (951) 683-2410
   FAX (951) 683-7759
6  Attorneys for Plaintiff and Use Plaintiff,
   BILL LOWE DEVELOPMENTS

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For The Use And Benefit Of BILL LOWE DEVELOPMENTS<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN INSURANCE COMPANY, a business entity form unknown; ZURICH NORTH AMERICAN SURETY, a business entity form unknown; CORNERSTONE BUILDING GROUP, a business entity form unknown; and PALOMAR GRADING AND PAVING, INC., a California Corporation<br><br>Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD PARTY COMPLAINTS. | CASE NO.: 08CV0603 JAH-WMC<br><br>Assigned for all purposes to the Honorable John A. Houston<br><br>OPPOSITION OF PLAINTIFF BILL LOWE DEVELOPMENTS' OPPOSITION TO DEFENDANT CORNERSTONE BUILDING GROUP'S PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS; DECLARATION OF WELSEY D. HELLERUD<br><br>DATE: September 2, 2008<br>TIME:  2:30 P.M<br>COURTROOM: 11<br>JUDGE: Hon. John A. Houston |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff, BILL LOWE DEVELOPMENTS, by and through its attorneys of record, hereby opposes Defendant Cornerstone Building Group's Petition to Compel Mediation and Stay Proceedings on the following grounds:

KINKLE, RODIGER AND SPRIGGS Professional Corporation

OPPOSITION OF PLAINTIFF BILL LOWE DEVELOPMENTS' OPPOSITION TO DEFENDANT CORNERSTONE BUILDING GROUP'S PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS; DECLARATION OF WELSEY D. HELLERUD

# I.

## DEFENDANT CORNERSTONE BUILDING GROUP IS IN DEFAULT AND AS SUCH LACKS STANDING TO BRING THIS PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS.

Defendant Cornerstone Building Group was properly served with Plaintiff, BILL LOWE DEVELOPMENTS' Complaint on April 9, 2008 and had 20 days pursuant to **Federal Rules of Civil Procedure** Rule 12 (a) 1(A) (i) to file a responsive pleading to the complaint. (A true and correct copy of the proof of service is attached hereto as Exhibit "A" and incorporated herein as if fully set forth).

Defendant Cornerstone Building Group failed to file a timely response and as a result of Defendant Cornerstone Building Group's failure to file a responsive pleading pursuant to **Federal Rules of Civil Procedure** Rule 12 (a) 1(A) (i) Plaintiff, BILL LOWE DEVELOPMENTS filed a Request for Entry of Default Against Defendant Cornerstone Building Group pursuant to **Federal Rules of Civil Procedure** Rule 55. (A true and correct copy of Plaintiff, BILL LOWE DEVELOPMENTS' Request for Entry of Default Against Defendant Cornerstone Building Group is attached hereto as Exhibit "B" and incorporated herein as if fully set forth).

Default was entered against Defendant Cornerstone Building Group on May 8, 2008 pursuant to **Federal Rules of Civil Procedure** Rule 55 (A true and correct copy of the Default Against Defendant Cornerstone Building Group is attached hereto as Exhibit "C" and incorporated herein as if fully set forth).

The Default has not been set aside and Defendant Cornerstone Building Group has not moved to set it aside and as such Defendant Cornerstone Building's attempt to make a general appearance in this matter by way of it's Petition to Compel Mediation and Stay Proceedings is untimely and Defendant Cornerstone Building Group lacks standing or the ability to bring this motion at this time well Defendant Cornerstone Building Group is in default status.

2

KINKLE, RODIGER
AND SPRIGGS
Professional Corporation

OPPOSITION OF PLAINTIFF BILL LOWE DEVELOPMENTS' OPPOSITION TO DEFENDANT CORNERSTONE BUILDING GROUP'S PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS; DECLARATION OF WELSEY D. HELLERUD

Other then to filing this Petition to Compel Mediation and Stay Proceedings, as of the date of the filing of this Opposition Defendant Cornerstone Building Group has made no attempt to appear in this matter, has made no attempt to set aside the default against it.

In addition Plaintiff, BILL LOWE DEVELOPMENTS has already prepared a Request to Enter Default Judgment with supporting declarations and exhibits pursuant to **Federal Rules of Civil Procedure** Rule 55(b)(1) which will be submitted to the court prior to the hearing of Defendant Cornerstone Building Group's Petition to Compel Mediation and Stay Proceedings.

Although Plaintiff, BILL LOWE DEVELOPMENTS is willing to mediate this matter with the remaining defendants along with the parties in the related case of **Palomar Grading and Paving, Inc. vs. Cornerstone Building Group, et al.** United States District Court for the Southern District of California, Case Number 08 CV 521 JAH(WMc) pursuant to United States District Judge, John A. Houston's Order of June 27, 2008 in the in the related case of Palomar Grading and Paving, Inc. vs. Cornerstone Building Group, et al. United States District Court for the Southern District of California, Case Number 08 CV 521 JAH(WMc).

Plaintiff, BILL LOWE DEVELOPMENTS is unwilling to give up it's right to proceed forward with it's Default Judgment against Defendant Cornerstone Building Group in this matter and is unwilling to allow all of the proceedings in this matter to be stayed thereby preventing Plaintiff, BILL LOWE DEVELOPMENTS from proceeding forward with it's Default Judgment against Defendant Cornerstone Building Group in this matter.

II.

## CONCLUSION.

Based upon the foregoing, Plaintiff, BILL LOWE DEVELOPMENTS respectfully request that this court deny Defendant Cornerstone Building Group's Petition to Compel Mediation and Stay Proceedings as this Petition is an untimely

3

KINKLE, RODIGER AND SPRIGGS
Professional Corporation

OPPOSITION OF PLAINTIFF BILL LOWE DEVELOPMENTS' OPPOSITION TO DEFENDANT CORNERSTONE BUILDING GROUP'S PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS; DECLARATION OF WELSEY D. HELLERUD

attempt to make a general appearance in this matter by a defaulted party and Defendant Cornerstone Building Group lacks standing and the ability to bring this Petition before this court given it's default status.

DATED:  August 13, 2008            KINKLE, RODIGER AND SPRIGGS
                                    Professional Corporation


                                    _____
                                    WESLEY D. HELLERUD

KINKLE, RODIGER AND SPRIGGS
Professional Corporation

4

OPPOSITION OF PLAINTIFF BILL LOWE DEVELOPMENTS' OPPOSITION TO DEFENDANT CORNERSTONE BUILDING GROUP'S PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS; DECLARATION OF WELSEY D. HELLERUD

# DECLARATION OF WESLEY D. HELLERUD

I, Wesley D. Hellerud, declare as follows:

1. I am an attorney at law duly licensed to practice in all of the courts in the State of California and an Associate in the law firm of Kinkle, Rodiger and Spriggs, and attorneys of record for Plaintiff, BILL LOWE DEVELOPMENTS.

2. I am assigned to handle the defense of the within matter and all of the statements made herein are based upon my personal knowledge in handling this file.

3. This declaration is made in support of Plaintiff, BILL LOWE DEVELOPMENTS' Opposition to Defendant Cornerstone Building Group's Petition to Compel Mediation and Stay Proceedings.

4. Defendant Cornerstone Building Group was properly served with Plaintiff, BILL LOWE DEVELOPMENTS' Complaint on April 9, 2008 and had 20 days pursuant to **Federal Rules of Civil Procedure** Rule 12 (a) 1(A) (i) to file a responsive pleading to the complaint. A true and correct copy of the proof of service is attached hereto as Exhibit "A" and incorporated herein as if fully set forth.

5. Defendant Cornerstone Building Group failed to file a timely response and as a result of Defendant Cornerstone Building Group's failure to file a responsive pleading pursuant to **Federal Rules of Civil Procedure** Rule 12 (a) 1(A) (i), Plaintiff, BILL LOWE DEVELOPMENTS filed a Request for Entry of Default Against Defendant Cornerstone Building Group pursuant to **Federal Rules of Civil Procedure** Rule 55. A true and correct copy of Plaintiff, BILL LOWE DEVELOPMENTS' Request for Entry of Default Against Defendant Cornerstone Building Group is attached hereto as Exhibit "B" and incorporated herein as if fully set forth.

KINKLE, RODIGER
AND SPRIGGS
Professional Corporation

5

OPPOSITION OF PLAINTIFF BILL LOWE DEVELOPMENTS' OPPOSITION TO DEFENDANT CORNERSTONE BUILDING GROUP'S PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS; DECLARATION OF WELSEY D. HELLERUD

6. Default was entered against Defendant Cornerstone Building Group on May 8, 2008 pursuant to **Federal Rules of Civil Procedure** Rule 55. A true and correct copy of the Default Against Defendant Cornerstone Building Group is attached hereto as Exhibit "C" and incorporated herein as if fully set forth.

7. The Default has not been set aside and Defendant Cornerstone Building Group has not moved to set it aside.

8. In fact no one representing Cornerstone has ever contacted me with regard to the service of the complaint or the default and no one representing Cornerstone has requested that my office stipulate to set aside the default.

9. As such Defendant Cornerstone Building's attempt to make a general appearance in this matter by way of its Petition to Compel Mediation and Stay Proceedings is untimely.

10. Defendant Cornerstone Building Group lacks standing or the ability to bring this motion at this time well Defendant Cornerstone Building Group is in default status.

11. Other then to filing this Petition to Compel Mediation and Stay Proceedings, as of the date of the filing of this Opposition Defendant Cornerstone Building Group has made no attempt to appear in this matter, has made no attempt to set aside the default against it to my knowledge.

12. In addition I have already prepared a Request to Enter Default Judgment with supporting declarations and exhibits pursuant to **Federal Rules of Civil Procedure** Rule 55(b)(1) which will be submitted to the court prior to the hearing of Defendant Cornerstone Building Group's Petition to Compel Mediation and Stay Proceedings.

13. Although client is willing to mediate this matter with the remaining defendants along with the parties in the related case of **Palomar Grading and Paving, Inc. vs. Cornerstone Building Group, et al.** United States District Court for the Southern District of California, Case Number 08 CV 521 JAH(WMc)

KINKLE, RODIGER AND SPRIGGS
Professional Corporation

OPPOSITION OF PLAINTIFF BILL LOWE DEVELOPMENTS' OPPOSITION TO DEFENDANT CORNERSTONE BUILDING GROUP'S PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS; DECLARATION OF WELSEY D. HELLERUD

pursuant to United States District Judge, John A. Houston's Order of June 27, 2008 in the in the related case of **Palomar Grading and Paving, Inc. vs. Cornerstone Building Group, et al.** United States District Court for the Southern District of California, Case Number 08 CV 521 JAH(WMc).

14. Neither my client nor my office is unwilling to give up Plaintiff, BILL LOWE DEVELOPMENTS' right to proceed forward with it's Default Judgment against Defendant Cornerstone Building Group in this matter.

15. Further, neither my client nor my office and is unwilling to allow all of the proceedings in this matter to be stayed thereby preventing Plaintiff, BILL LOWE DEVELOPMENTS from proceeding forward with it's Default Judgment against Defendant Cornerstone Building Group in this matter.

16. As a result of the foregoing Plaintiff had no other alternative but to file this opposition to Defendant Cornerstone Building Group's Petition.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that if called to testify as a witness, I would, and could provide competent testimony.

Executed this 13th day of August 2008 at Riverside, California.

*[signature]*
WESLEY D. HELLERUD, ESQ., Declarant

KINKLE, RODIGER AND SPRIGGS
Professional Corporation

7

OPPOSITION OF PLAINTIFF BILL LOWE DEVELOPMENTS' OPPOSITION TO DEFENDANT CORNERSTONE BUILDING GROUP'S PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS; DECLARATION OF WELSEY D. HELLERUD

**EXHIBIT "A"**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>Bruce E. Disenhouse, Esq.   SBN 078760<br>Kinkle, Rodiger and Spriggs<br>3333 Fourteenth Street<br>Riverside, CA 92501<br>TELEPHONE NO.: (951) 683-2410    FAX NO: (951) 683-7759<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT - SOURTHERN DISTRICT OF CALIFORNIA<br>STREE ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA<br>BRANCH NAME: United States District Court - Sourthern District of Ca | |
| PLAINTIFF/PETITIONER: Bill Lowe<br>DEFENDANT/RESPONDENT: Western Insurance | Case Number:<br>08CV0603L (BLM) |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>28655-7 |

*(Separate proof of service is required for each party served.)*

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Summons and Complaint In A Civil Action; Civil Case Cover Sheet; Addendum A to Summons in a Civil Action

on: Cornerstone Building Group, a business entity form unknown

in the above mentioned action by delivering to and leaving with:
Esther Castillo, Authorized Person for Service

at: 3590 Kettner Blvd., San Diego, CA 92101
(Business)

on: April 09, 2008
at: 4:45 PM

Fee for service: $89.00

Record # 08-036069
Invoice # 0835468

---

Registered California process server.
County: San Bernardino
Registration No: 1013
Expiration Date:

George Novak - Sano Attorney Service

P.O. Box 1568, Riverside, CA 92502

I declare under penalty of perjury that the foregoing is true and correct and that this declaraction was executed
on: Apr 10, 2008         at: Riverside, CA 92502-1568

*George Novak*
George Novak

**EXHIBIT "B"**

**Bruce E. Disenhouse (SBN 078760)**
bdisenhouse@krsattys-riv.com
KINKLE, RODIGER AND SPRIGGS
Professional Corporation
3333 Fourteenth Street
Riverside, California 92501
(951) 683-2410
FAX (951) 683-7759

Attorneys for Plaintiff and Use Plaintiff,
BILL LOWE DEVELOPMENTS

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For The Use And Benefit Of BILL LOWE DEVELOPMENTS<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN INSURANCE COMPANY, a business entity form unknown; ZURICH NORTH AMERICAN SURETY, a business entity form unknown; CORNERSTONE BUILDING GROUP, a business entity form unknown; and PALOMAR GRADING AND PAVING, INC., a California Corporation<br><br>Defendants. | CASE NO.: 08CV0603LBLM<br><br>REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT CORNERSTONE BUILDING GROUP |

TO THE CLERK:

On April 9, 2008 Defendant CORNERSTONE BUILDING GROUP, a business entity form unknown ("Cornerstone) was served with Plaintiffs' Complaint and had 20 days pursuant to Federal Rules of Civil Procedure Rule 12 (a)1(A)(i) to file a responsive pleading to the complaint.

---

1

REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT CORNERSTONE BUILDING GROUP

KINKLE, RODIGER
AND SPRIGGS
Professional Corporation

1    As of the filing of this Request for Clerk's Entry Of Default Defendant
2  CORNERSTONE BUILDING GROUP, a business entity form unknown
3  ("Cornerstone) had not filed any responsive pleading and their time to do so has now
4  expired.
5    As such, as to the complaint filed on April 2, 2008 by Plaintiffs BILL LOWE
6  DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA
7  For The Use and Benefit of BILL LOWE DEVELOPMENTS ("Plaintiffs"), it is
8  hereby requested by Plaintiffs that a Request for Clerk's Entry of Default pursuant to
9  *Federal Rules of Civil Procedure*, Rule 55 be entered as to and against Defendant
10 CORNERSTONE BUILDING GROUP, a business entity form unknown
11 ("Cornerstone) herein.
12
13 DATED: May 7, 2008                KINKLE, RODIGER AND SPRIGGS
                                     Professional Corporation
14
15
16                                   _____
17                                   BRUCE E. DISENHOUSE
18
19
20 Default entered as requested on (date): _____
21
22            Clerk, By, _____, Deputy

---

2

REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT CORNERSTONE BUILDING GROUP

KINKLE, RODIGER
AND SPRIGGS
Professional Corporation

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF RIVERSIDE    )

I, Lisa Sles, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 3333 Fourteenth Street, Riverside, California 92501.

On May 7, 2008, I served the foregoing REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT CORNERSTONE BUILDING GROUP on the interested parties by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California, addressed as follows and/or by one of the methods of service as follows:

Cornerstone Building Group
3590 Kettner Boulevard
San Diego, CA 92101

Palomar Grading and Paving, Inc.
2150 Center City Pkwy, Suite C
Escondido, CA 92026

__X__ **BY MAIL:** I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to C.C.P. 1013(a).

____ **BY FAX:** In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to C.C.P. 1013(e).

____ **BY PERSONAL SERVICE:** I caused to be hand-delivered said document(s) to the office of the addressee, using an attorney service, pursuant to C.C.P. 1011.

____ **BY EXPRESS MAIL:** I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an Express Mail DropBox to be delivered the following business day pursuant to C.C.P. 1013(c).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 7, 2008, at Riverside, California.

_____
Lisa Sles

EXHIBIT "C"

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bill Lowe Developments, et al.<br><br>                    Plaintiff,<br><br>vs<br><br>Western Insurance Company, et al.<br><br>                    Defendant, | Civil No.   08-CV0603-L (BLM)<br>**DEFAULT** |

    It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 4/2/2008 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

**Cornerstone Building Group, a business entity, form unknown**

**Entered On:**   5/8/2008                    W. SAMUEL HAMRICK, JR., CLERK

                                      By:              s/ M. Jenkins

                                                      M. Jenkins, Deputy

## PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF RIVERSIDE** )

I, Lisa Sles, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 3333 Fourteenth Street, Riverside, California 92501.

On August 13, 2008, I served the foregoing OPPOSITION OF PLAINTIFF BILL LOWE DEVELOPMENTS' OPPOSITION TO DEFENDANT CORNERSTONE BUILDING GROUP'S PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS; DECLARATION OF WELSEY D. HELLERUD on the interested parties by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California, addressed as follows and/or by one of the methods of service as follows:

Stuart D. Hirsch, Esq.
2150 N. Centre City Pkwy.
Escondido, California 92026
Telephone (760) 781-3658
Facsimile (760) 466-2396
Attorneys for Defendant and Cross/Counterclaimant, PALOMAR GRADING AND PAVING, INC.

Scott L. Stonehocker, Esq.
THE FAUX LAW GROUP
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89121
(702) 458-5790 telephone
(702) 458-5794 facsimile
Attorneys for Defendant/Cross-Claimant WESTERN INSURANCE COMPANY

__X__  **BY MAIL**: I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to C.C.P. 1013(a).

__X__  **BY FAX**: In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to C.C.P. 1013(e).

____  **BY PERSONAL SERVICE**: I caused to be hand-delivered said document(s) to the office of the addressee, using an attorney service, pursuant to C.C.P. 1011.

____  **BY EXPRESS MAIL**: I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an Express Mail DropBox to be delivered the following business day pursuant to C.C.P. 1013(c).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 13, 2008, at Riverside, California.

_____
Lisa Sles

KINKLE, RODIGER AND SPRIGGS
Professional Corporation

OPPOSITION OF PLAINTIFF BILL LOWE DEVELOPMENTS' OPPOSITION TO DEFENDANT CORNERSTONE BUILDING GROUP'S PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS; DECLARATION OF WELSEY D. HELLERUD