Joseph N. Casas (SBN 225800)
Tamara M. Craft (SBN 234419)
CASAS LAW GROUP, P.C.
2323 Broadway, Suite 202
San Diego, CA 92102
Phone: (619) 692-3146
Facsimile: (619) 692-3196
Email: joseph@casaslaw.com

Attorneys For Defendant
CORNERSTONE BUILDING GROUP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For the Use And Benefit Of BILL LOWE DEVELOPMENTS<br><br>　　　Plaintiff,<br><br>　vs.<br><br>WESTERN INSURANCE COMPANY, a business entity form unknown, ZURICH NORTH AMERICAN SURETY, a business entity form unknown, CORNERSTONE BUILDING GROUP, a California corporation, and PALOMAR GRADING AND PAVING, Inc., a California Corporation<br><br>　　　Defendants. | CASE NO. 08 CV 0603 LBLM<br><br>NOTICE OF WITHDRAWN MOTION TO COMPEL MEDIATION AND STAY PROCEEDINGS<br><br>DATE:　　　September 2, 2008<br>TIME:　　　2:30 p.m.<br>COURTROOM:　11<br>JUDGE:　　　Hon. John A. Houston |
| AND RELATED CROSS ACTIONS | |

///
///

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Defendant Cornerstone Building Group has withdrawn

3  Defendant's Motion to Compel Mediation and Stay Proceedings filed on July 11, 2008.

4

5  DATED: September 2, 2008            /s/ Joseph N. Casas

6                                       Joseph N. Casas
                                     CASAS LAW GROUP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASAS**LAW**GROUP    NOTICE OF WITHDRAWN MOTION TO COMPEL MEDIATION AND STAY PROCEEDINGS

**PROOF OF SERVICE**
**(Code Civ. Proc., §§ 1013a, 2015)**

I, **Brianne Vernon**, declare that I am over the age of 18 years and am not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is Casas Law Group, P.C., 2323 Broadway, Studio 202, San Diego California, 92102.

On September 2, 2008 I served the within: NOTICE WITHDRAWN MOTION TO COMPEL MEDIATION AND STAY PROCEEDINGS on the interested parties in the said action by:

**[ ]** **BY FACSIMILE TRANSMISSION**: In addition to service by mail as set forth below, the counsel or interested party authorized to accept service was also forwarded a copy of said document(s) by facsimile transmission at the telefax number corresponding with his/her/its name. The facsimile machine I used complied with CRC Rule 2003(3) and no error was reported by the machine. Pursuant to CRC Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**[ ]** **BY PERSONAL DELIVERY**: I caused each envelope to be hand-delivered to each addressee leaving said envelope with either the addressee directly or another person at that address authorized to accept service on the addressee's behalf.

**[ X ]** **BY MAIL**: as follows:

    **[ ]** **BY OVERNIGHT COURIER**: I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard FEDERAL EXPRESS overnight delivery procedures.

    **[ X ]** By Placing a copy thereof in a sealed envelope addressed as follows:

Stuart D. Hirsch, Esq.  
2150 N. Centre City Pkwy.  
Escondido, CA 92026  
Facsimile (760) 466-2936  
Attorney for Palomar Grading & Paving

Scott L. Stonhocker, Esq.  
The Faux Law Group  
1540 West Warm Springs Road, Suite 100  
Henderson, NV 89121  
Facsimile (702) 458-5794  
Attorney for Western Insurance Company

Wesley D. Hellerud  
Kinkle, Rodiger and Spriggs, APC  
3333 Fourteenth Street  
Riverside, CA 92501  
Facsimile (951) 683-7759  
Attorney for Bill Lowe Developments

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service via First Class Mail on that same day in the ordinary course of business.


CASAS**LAW**GROUP

NOTICE OF WITHDRAWN MOTION TO COMPEL MEDIATION AND STAY PROCEEDINGS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 2, 2008** at San Diego, California.

/s/ Brianne Vernon_____
Brianne Vernon