1  Joseph N. Casas (SBN 225800)
   Tamara M. Craft (SBN 234419)
2  CASAS LAW GROUP, P.C.
   2323 Broadway, Suite 202
3  San Diego, CA 92102
   Phone: (619) 692-3146
4  Facsimile: (619) 692-3196
   Email: joseph@casaslaw.com
5
   Attorneys For Defendant
6  Cornerstone Building Group

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For the Use And Benefit Of BILL LOWE DEVELOPMENTS<br><br>14  Plaintiff,<br><br>15  vs.<br><br>16  WESTERN INSURANCE COMPANY, a business entity form unknown, ZURICH NORTH AMERICAN SURETY, a business entity form unknown, CORNERSTONE BUILDING GROUP, a California corporation, and PALOMAR GRADING AND PAVING, Inc., a California Corporation<br><br>21  Defendants.<br><br>AND RELATED CROSS ACTIONS | CASE NO. 08 CV 0603 LBLM<br><br>**NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT CORNERSTONE BUILDING GROUP**<br><br>Date:    October 20, 2008<br>Time:    2:30 p.m.<br>Courtroom: 11<br>Judge:    Hon. John A. Houston<br><br>Complaint Filed:  April 2, 2008 |



TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on October 20, 2008 at 2:30 p.m., or as soon thereafter as the parties may be heard, defendant Cornerstone Building Group ("CBG") will move this Court, at the Edward J. Schwartz United States Courthouse located at 940 Front Street, San Diego, California, 92101-8900, Courtroom 11, for the following:

(a) Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, an order setting aside the default entered in this action on May 8, 2008 against defendant CBG on the grounds that entry of default was improper because CBG was not served with the complaint in this action.

(b) Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, an order setting aside the default entered in this action on May 8, 2008 on the grounds there is good cause to set aside the default because CBG's default was the result of excusable neglect, CBG has a meritorious defense, and setting aside the default would not prejudice Plaintiff; and

(c) An order granting further relief as may be appropriate.

This motion is based on this Notice of Motion and Motion, the accompanying declarations of Joseph N. Casas and Esther Castillo, the accompanying Memorandum of Points and Authorities, and the pleadings and papers on file in this action.

Dated:  September 9, 2008                    Respectfully Submitted,

                                             CASAS LAW GROUP, P.C.

                                             /s/ Joseph N. Casas
                                             By: Joseph N. Casas / Tamara M. Craft
                                             Attorneys for Defendant
                                             Cornerstone Building Group