1 | Joseph N. Casas (SBN 225800)
Tamara M. Craft (SBN 234419)
2 | CASAS LAW GROUP, P.C.
2323 Broadway, Suite 202
3 | San Diego, CA 92102
Phone: (619) 692-3146
4 | Facsimile: (619) 692-3196
Email: joseph@casaslaw.com
5 |
Attorneys For Defendant
6 | Cornerstone Building Group

7

8 | **UNITED STATES DISTRICT COURT**

9 | **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For the Use And Benefit Of BILL LOWE DEVELOPMENTS<br><br>        Plaintiff,<br><br>        vs.<br><br>WESTERN INSURANCE COMPANY, a business entity form unknown, ZURICH NORTH AMERICAN SURETY, a business entity form unknown, CORNERSTONE BUILDING GROUP, a California corporation, and PALOMAR GRADING AND PAVING, Inc., a California Corporation<br><br>        Defendants.<br><br>AND RELATED CROSS ACTIONS | CASE NO. 08 CV 0603 LBLM<br><br>**AFFIDAVIT OF ESTHER CASTILLO IN SUPPORT OF DEFENDANT CORNERSTONE BUILDING GROUP'S MOTION TO SET ASIDE ENTRY OF DEFAULT JUDGMENT**<br><br>Date:        October 20, 2008<br>Time:        2:30 p.m.<br>Courtroom:   11<br>Judge:       Hon. John A. Houston<br><br>Complaint Filed:   April 2, 2008 |

1
Affidavit of Esther Castillo In Support of Cornerstone Building Group's
Motion to Set Aside Entry of Default         08CV0603 LBLM

AFFIDAVIT OF ESTHER CASTILLO

Esther Castillo, being duly sworn, deposes and states:

1. I, Esther Castillo, am the office manager for Cornerstone Building Group ("CBG"). I am fully competent to make this affidavit, have personal knowledge of the facts stated herein, and, to my knowledge, all of the facts stated in this affidavit are true and correct.

2. I make this affidavit in support of CBG's Motion to Set Aside Entry of Default.

3. CBG is a licensed general contractor in the state of California. CBG enters into federal and private construction contracts.

4. I have been employed with CBG for approximately five (5) years. During that time, I have worked as project coordinator, handled (and continue to handle) certain bookkeeping functions like calculating accounts receivable and accounts payable, and reviewed certified payroll reports submitted by contractors and subcontractors. I am currently the office manager.

5. As CBG's office manager, I am familiar with ongoing projects, both private and federal, between CBG and the project owner. I am also familiar with contracts between CBG and subcontractors, and contracts between subcontractors with other subcontractors. I issue payment to other contractors and/or subcontractors at the direction of CBG's President and/or Vice President. I also review certified payroll to ensure subcontractors are paying their employees according to federal prevailing wage rates. If a subcontractor fails to pay its employees according to federal prevailing wage rates, I notify CBG's President and Vice President who then notify CBG's attorneys, Casas Law Group, P.C. ("CLG").

6. On or about September 30, 2006, CBG entered into a contract with the Navy for construction on a naval facility at 3300 Smart Clinic on Naval Base San Diego, in San Diego California (the "Project").

7. On or about October 6, 2006, CBG entered into a written contract ("Contract") with defendant Palomar Grading and Paving, Inc. ("Palomar") whereby Palomar agreed to perform certain construction services related to the Project. Included in the Contract are provisions restricting the contractual relationship to include only CBG and Palomar, and requiring Palomar to include all provisions of the Contract in any separate contract with its subcontractors.

1  Part of the Contract required Palomar to submit payroll reports to CBG indicating Palomar was in
2  compliance with federal prevailing wage rates.

3      8.    On or about October 16, 2006, Palomar entered into a subcontract ("Subcontract")
4  with plaintiff Bill Lowe Developments ("BLD") whereby BLD agreed to perform construction
5  services related to the Project.  Part of the Subcontract required BLD to submit payroll reports to
6  CBG indicating BLD was in compliance with federal prevailing wage rates.

7      9.    While Palomar submitted certified payroll reports to CBG, it did not do so
8  according to the terms of the Contract.

9      10.    Upon my review of Palomar's payroll reports, I determined Palomar had not
10 complied with federal prevailing wage rates.  I informed CBG's President and Vice President.
11 CBG then notified CLG, who engaged in a series of discussions with Palomar's attorneys in an
12 attempt to resolve the certified payroll issues and gain Palomar's compliance with federal
13 prevailing wage rates.

14     11.    To date, Palomar has failed to correct those deficiencies.  Those deficiencies
15 include, but are not limited to, failing to pay federal prevailing wage rates to employees and
16 failing to correct the certified payroll related to those deficiencies.

17     12.    To date, CBG has not issued payment to Palomar.

18     13.    Palomar has filed a lawsuit against CBG in federal court.

19     14.    I am informed and believe that Palomar is withholding payment to BLD in
20 violation of the terms of the Subcontract with BLD.

21     15.    BLD submitted certified payroll reports to CBG.

22     16.    However, upon my review of BLD's payroll reports, I determined BLD had not
23 complied with federal prevailing wage rates.  I informed CBG's President and Vice President.

24     17.    I later learned from CBG's attorneys that BLD filed a lawsuit against CBG in
25 federal court and that BLD claims I was served with the summons and complaint on April 9, 2008
26 at 3590 Kettner Blvd., San Diego, California 92101.

27     18.    On April 9, 2008, I was working at CBG's office located at 3590 Kettner Blvd.,
28 San Diego, California 92101.



3
Affidavit of Esther Castillo In Support of Cornerstone Building Group's
Motion to Set Aside Entry of Default    08CV0603 LBLM

19. I do not recall being served with the BLD summons and complaint on April 9, 2008, or at any other time.

20. I do not recall telling anyone I was the authorized to accept service of the summons and complaint on April 9, 2008.

21. To date, I have not come into possession of the BLD summons and complaint.

22. CBG's registered agent for service of process until June 2008 was Biz Filings Incorporated, 1232 Q Street, First Floor, Sacramento, California, 95811. This information was available on the website for the California Secretary of State until approximately June 2008.

23. Biz Filings was not served with the BLD summons and complaint.

24. On or about June 23, 2008, I was served with Western Insurance's Answer and Cross-claim. I forwarded it to CBG's attorneys.

25. Over the last few months, I have experienced tremendous pressure and an increased workload in the last few months. I disagree that I was personally served on April 9, 2008. However, if I was, then it was through inadvertence and because of the hectic office environment that I did not forward the summons and complaint to CBG's attorneys.

I signed this affidavit on September 9, 2008 at San Diego, California.

\_\_/s/ Esther Castillo\_\_\_
Esther Castillo