1  Joseph N. Casas (SBN 225800)
   Tamara M. Craft  (SBN 234419)
2  CASAS LAW GROUP, P.C.
   2323 Broadway, Suite 202
3  San Diego, CA  92102
   Phone: (619) 692-3146
4  Facsimile: (619) 692-3196
   Email: joseph@casaslaw.com
5
   Attorneys For Defendant
6  Cornerstone Building Group

7

8                    **UNITED STATES DISTRICT COURT**

9                  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

| 11 | BILL LOWE DEVELOPMENTS, a business entity, and THE UNITED STATES OF AMERICA For the Use And Benefit Of BILL LOWE DEVELOPMENTS | CASE NO. 08 CV 0603 LBLM |
|---|---|---|
| | Plaintiff, | **AMENDED AFFIDAVIT OF JOSEPH N. CASAS IN SUPPORT OF DEFENDANT CORNERSTONE BUILDING GROUP'S MOTION TO SET ASIDE ENTRY OF DEFAULT JUDGMENT** |
| | vs. | Date:       October 20, 2008<br>Time:       2:30 p.m.<br>Courtroom: 11<br>Judge:      Hon. John A. Houston |
| | WESTERN INSURANCE COMPANY, a business entity form unknown, ZURICH NORTH AMERICAN SURETY, a business entity form unknown, CORNERSTONE BUILDING GROUP, a California corporation, and PALOMAR GRADING AND PAVING, Inc., a California Corporation | Complaint Filed:    April 2, 2008 |
| | Defendants. | |
| | AND RELATED CROSS ACTIONS | |



1
Amended Affidavit of Joseph N. Casas In Support of Cornerstone Building Group's
Motion to Set Aside Entry of Default                 08CV0603 LBLM

**AMENDED AFFIDAVIT OF JOSEPH N. CASAS**

Joseph N. Casas, being duly sworn, deposes and states:

1. I, Joseph N. Casas, am the attorney for Cornerstone Building Group. I am fully competent to make this affidavit, have personal knowledge of the facts stated herein, and, to my knowledge, all of the facts stated in this affidavit are true and correct.

2. I make this affidavit in support of defendant Cornerstone Building Group's ("CBG") Motion to Set Aside Entry of Default.

3. CBG is a licensed general contractor in the state of California. CBG enters into federal and private construction contracts.

4. On or about September 30, 2006, CBG entered into a contract with the Navy for construction on a naval facility (the "Project").

5. On or about October 6, 2006, CBG entered into a written contract ("Contract") with defendant Palomar Grading and Paving, Inc. ("Palomar") whereby Palomar agreed to perform certain construction services related to the Project. Included in the Contract are provisions restricting the contractual relationship to include only CBG and Palomar, and requiring Palomar to include all provisions of the Contract in any separate contract with its subcontractors. Part of the Contract required Palomar to submit payroll reports to CBG indicating Palomar was in compliance with federal prevailing wage rates.

6. On or about October 16, 2006, Palomar entered into a subcontract ("Subcontract") with plaintiff Bill Lowe Developments ("BLD") whereby BLD agreed to perform construction services related to the Project. Part of the Subcontract required BLD to submit payroll reports to CBG indicating BLD was in compliance with federal prevailing wage rates.

7. Both Palomar and BLD submitted payroll reports to CBG. CBG subsequently determined that both Palomar and BLD failed to comply with federal prevailing wage rates and CBG forwarded that information to me.

///

///

///



2
Amended Affidavit of Joseph N. Casas In Support of Cornerstone Building Group's
Motion to Set Aside Entry of Default         08CV0603 LBLM

8. Palomar disputed they failed to comply with federal prevailing wage rates and sought payment from CBG according to the terms of the Contract. CBG did not pay based on their belief that Palomar had not complied with federal prevailing wage rates and was in breach of the Contract. I am informed and believe that Palomar is withholding payment to BLD in violation of the terms of the Subcontract with BLD.

9. I made numerous informal attempts to settle this dispute with Palomar. However, these discussions were unsuccessful.

10. Palomar filed a complaint against CBG on March 20, 2008. CBG filed a Petition to Compel Mediation and that lawsuit was ordered to mediation on June 27, 2008 pursuant to a mediation provision in the Contract.

11. On or about June 23, 2008, CBG's office manager, Esther Castillo, was apparently served on behalf of defendant Cornerstone-Barnhart with Western Insurance Company's Answer, Cross-claim. Ms. Castillo forwarded those documents to my office.

12. On or about June 23, 2008, my paralegal reviewed the BLD proceedings on the court's electronic filing system and informed me that CBG was purportedly served with BLD's complaint.

13. On or about July 11, 2008, CBG responded to BLD's summons and complaint by filing and serving a Petition to Compel Mediation.

14. On or about August 13, 2008, BLD served their opposition to CBG's Petition to Compel Mediation. BLD's opposition discussed a Clerk's Entry of Default granted against CBG on or about May 8, 2008.

15. Both CBG and Casas Law Group were unaware of the Entry of Default at the time the Petition to Compel Mediation was filed. Upon service of the BLD opposition to CBG's Petition to Compel Mediation, CBG and Casas Law Group became aware for the first time the clerk had entered default against CBG.

16. CBG has at all times attempted to resolve the dispute with Palomar. CBG is informed and believes that BLD is aware of this.

///

17. Shortly after discovering CBG was purportedly served, CBG responded to the BLD summons and complaint by filing a Petition to Compel Mediation.

18. CBG contests both BLD and Palomar's assertions they were in compliance with the terms of the Contract and Subcontract.

I signed this affidavit on September 10, 2008 at San Diego, California.

_/s/ Joseph N. Casas_____
Joseph N. Casas

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY and declare under penalty of perjury that I am over the age of 18 and am not a party to this action. My business address is 2323 Broadway, Suite 202, San Diego, California, 92102. A copy of the foregoing Amended Affidavit of Joseph N. Casas in Support of Defendant Cornerstone Building Group's Motion to Set Aside Entry of Default Judgment, in Case Number 08-CV-0603 LBLM, was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system.

Dated:  September 10, 2008            /s/ Brianne Vernon
                                      Brianne Vernon